UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT R. GAGLIARDI<br>and ROSITA GAGLIARDI,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>PRAGER METIS CPAs LLC<br>and PHILIP D'ANGELO,<br>                         Defendants. | 23-CV-7454 (JGLC) (RFT)<br><br><br>**STATUS CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **February 8, 2024**, at

11:00 AM. Counsel for the parties are directed to call my Microsoft Teams conference line at

the scheduled time. **Please dial (646) 453-4442, Access Code: 113 773 245#.**

The parties should be prepared to discuss (1) Plaintiffs' letter motion requesting that the

Court stay its consideration of Defendants' pending motion to dismiss (ECF 25); (2) Plaintiffs'

letter motion seeking leave to file a second amended complaint (ECF 28); and (3) Defendants'

letter motion to continue the stay of discovery (ECF 34).

DATED:     February 6, 2024
               New York, New York


SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge