UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT R. GAGLIARDI
and ROSITA GAGLIARDI,

                Plaintiffs,

    -against-

PRAGER METIS CPAs LLC
and PHILIP D'ANGELO,

                Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Initial Case Management Conference scheduled for February 20, 2024 at 11:30 AM will be held remotely. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 270 704 578#.**

In light of the status conference scheduled for February 12, 2024, the parties' time to confer and submit their report of Rule 26(f) conference and proposed case management order is extended until Friday, February 16, 2024.

DATED:    February 7, 2024
             New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge