UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT R. GAGLIARDI
and ROSITA GAGLIARDI,

                Plaintiffs,

    -against-

PRAGER METIS CPAs LLC
and PHILIP D'ANGELO,

                Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 12, 2024, I held a telephonic status conference to address the parties' letters regarding Plaintiffs' request for leave to file a second amended complaint, a stay of the consideration of Defendants' motion to dismiss and the stay of discovery in this action.

For the reasons stated at the conference, it is ORDERED that (1) Plaintiff's letter motion requesting that the Court stay its consideration of Defendant's pending motion to dismiss, ECF 25, is DENIED with prejudice; (2) Plaintiff's letter motion seeking leave to file a second amended complaint, ECF 28, is DENIED without prejudice; (3) Plaintiff's letter request to lift the stay of discovery, ECF 37, is DENIED without prejudice and (4) the Initial Case Management Conference scheduled for February 20, 2024 at 11:30 AM is adjourned *sine die*.

The Clerk of the Court is respectfully directed to terminate ECF Nos. 25, 28, 34 and 40.

DATED:    February 12, 2024
               New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge