UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT R. GAGLIARDI, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>PRAGER METIS CPAS LLC, et al.,<br><br>        Defendants. | 23-CV-07454 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 11, 2024, the parties requested an extension of time until March 15, 2024 to file a letter informing me whether either Court-annexed or private mediation would be beneficial at this time. (*See* ECF 48.) I granted that request on March 12, 2024. (*See* ECF 49.) As of today, the parties have not filed their letter. I am sua sponte extending the parties' deadline nunc pro tunc until March 22, 2024.

DATED:  March 18, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge