

July 9, 2024

> Application GRANTED: The initial case management conference is rescheduled to August 6, 2024 at 2 p.m. The proposed case management plan is due July 30, 2024.
>
> The parties shall dial **(646) 453-4442, Access Code: 708 397 121#** at the scheduled time. The Clerk of Court is respectfully directed to terminate ECF 57.
>
> DATED: July 10, 2024
>       New York, New York
>
> SO ORDERED
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Hon. Robyn F. Tarnofsky
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

    **Re:**    **Gagliardi, et al. v. Prager Metis CPAs, LLC, et al.**
              **Case No. 23-cv-07454 (JGLC) (RFT)**

Dear Judge Tarnofsky,

    Our office represents Defendant Prager Metis CPAs, LLC ("Prager Metis") and Defendant Philip D'Angelo ("D'Angelo") (collectively referred to as "Defendants") in the above-captioned matter.

    The Court has set the Initial Case Management Conference for July 22, 2024 (ECF Doc #56). The undersigned will be out of office and on vacation from July 19, 2024 through July 26, 2024 with limited or unreliable access to phone and internet service.

    We have conferred with Plaintiffs' counsel and respectfully request that the conference be adjourned to August 5, 6, or 9, 2024. Counsel for Plaintiffs consented to this request.

    Thank you for your attention to this matter.

                            Respectfully submitted,

                            Christopher F. Lyon

CFL:gmh

711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | 646-292-8700 | 646-292-8701 | **www.goldbergsegalla.com**

CALIFORNIA | CONNECTICUT | FLOR DA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\4771\0018\41403095.v1-7/9/24