IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
_____x
ROBERT R. GAGLIARDI and              :
ROSITA GAGLIARDI,                    :   Case No. 1:23-cv-07454-JGLC
          Plaintiffs,                :
v.                                   :
                                     :
PRAGER METIS CPAS LLC and            :
PHILIP D'ANGLEO,                     :
          Defendants.                :
_____x
```

**ANSWER TO COUNTERCLAIMS & AFFIRMATIVE DEFENSES**

Plaintiffs/Counter Defendants ROBERT R. GAGLIARDI and ROSITA GAGLIARDI, by and through undersigned counsel, hereby submit their Answer to the Defendants' counterclaim (Doc. # 62) together with their Affirmative Defenses as follows:

1. Admit.

2. Deny. Mr. Gagliardi is a U.S. citizen residing in the U.K., Mrs. Gagliardi is an Italian citizen residing in the U.K.

3. Admit.

4. Denied.

5. Paragraph 5 of the Counterclaim asserts a legal conclusion for which no response is required. To the extent a response is required, the Gagliardis deny the allegations.

6. Paragraph 6 of the Counterclaim asserts a legal conclusion for which no response is required. To the extent a response is required, Mr. and Mrs. Gagliardi deny the allegations.

7. Admit.

8. Denied.

9. Denied.

10. Denied.

11. Paragraph 11 of the Counterclaim asserts a legal conclusion for which no response is required. To the extent a response is required, Mr. and Mrs. Gagliardi deny the allegations.

12. Denied.

13. Denied.

14. Denied.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense:** the counterclaim fails to state a claim upon which relief can be granted.

**Second Affirmative Defense:** Defendants' claims are barred, in whole or in part, by the applicable statute of limitations.

**Third Affirmative Defense:** Defendants' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and unclean hands.

**Fourth Affirmative Defense:** Any alleged damages sustained by any of the Defendants were not attributable to any alleged omission or failure by the Plaintiffs, but rather to actions taken by Defendants.

**Fifth Affirmative Defense:** Defendants' counterclaim should be dismissed because any acts or omissions of the Plaintiffs were not the proximate cause of Defendants' damages.

**Sixth Affirmative Defenses:** To the extent that Defendants have suffered damages or loss, which Plaintiffs deny herein, Defendants have failed to mitigate their alleged damages.

**Seventh Affirmative Defense:** Defendants' claims are barred, in whole or in part, because of failure of consideration.

**Eighth Affirmative Defense:** Defendants' claims are barred, in whole or in part, because no benefit was conferred (unjust enrichment) by the Defendants to the Plaintiffs.

**Ninth Affirmative Defense:** Defendants' claims are barred, in whole or in part, because Defendants failed to act in accordance with their regulatory obligations under 31 C.F.R. § 10.0, *et seq.*

**Tenth Affirmative Defense:** to the extent that Plaintiffs may have separate and/or additional defenses of which they are not presently aware, but which may be revealed in discovery, Plaintiffs reserve the right to assert any such separate and/or additional defenses by amendment to this answer.

Respectfully submitted,                             Dated:  August 2, 2024

By:/s/ Joseph A. DiRuzzo, III
Joseph A. DiRuzzo, III
NY Bar # 4417853
MARGULIS GELFAND DIRUZZO & LAMBSON
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Telephone: (954) 615-1676
Facsimile: (954) 827-0340
jd@margulisgelfand.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing Notice of with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

By:/s/ Joseph A. DiRuzzo, III
Joseph A. DiRuzzo, III