UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT R GAGLIARDI, et al.,

                Plaintiffs,

   -against-

PRAGER METIS CPAS LLC, et al.,

                Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Case Management Plan in this action required the parties to file a joint letter regarding the status of discovery by August 1, 2025. (*See* ECF 91 ¶ 7.) The parties have not complied. I am sua sponte extending the deadline for the joint status letter nunc pro tunc until tomorrow, **August 5, 2025.**

DATED:   August 4, 2025
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge