

**Christopher F. Lyon** | Partner
Direct: 646.516.4116 | clyon@cohenvaughan.com

September 2, 2025

**Via CM/ECF**

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 9B
New York, New York 10007

Application granted.

Date: September 3, 2025
New York, NY

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**Re:**  *Gagliardi, et al. v. Prager Metis CPAS LLC, et al.*
        Case No. 1:23-cv-07454 (JGLC)

Dear Judge Tarnofsky

The undersigned represent the parties in the above captioned matter. The parties respectfully request an extension of time to submit the status report in accordance with the May 5, 2025 Case Management Order (Dkt. 91).

The reason for the request is that the parties would like to meet and confer regarding certain discovery disputes and, if unable to resolve them, bring them to the Court's attention for judicial intervention.

The parties respectfully request an extension to September 9, 2025.

Thank you for your attention to this matter.

Respectfully submitted,

COHEN VAUGHAN LLP

By: *[signature]*

Christopher F. Lyon, Esq.
*Attorneys for Defendants*

MARGULIS GELFAND DIRUZZO &
LAMBSON, LLC

By:

*/s/Joseph A. DiRuzzo* by Cohen Vaughan

Joseph A. DiRuzzo, III, Esq., CPA, LLM
*Attorneys for Plaintiff*

CFL/sd

**Cohen Vaughan is a partnership between Cohen Cunningham DeRose Higgins Lyon
and Vaughan McLean Deasey Valentini**

**Office Location:**
825 3rd Avenue, 21st Floor        Office Phone: 646-516-4043
New York, NY 10022

Pennsylvania • New York • Florida • New Jersey • Delaware • Maryland • Connecticut