UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT R GAGLIARDI, et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>PRAGER METIS CPAS LLC, et al.,<br><br>    Defendants. | 23-CV-7454 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 3, 2025, I extended the parties' deadline to file a joint letter regarding the status of discovery to September 9, 2025. (ECF 97, Order.) The parties have not complied. I am sua sponte extended the deadline for the joint status letter nunc pro tunc until tomorrow, September 11, 2025.

DATED: September 10, 2025
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge