UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT R GAGLIARDI, et al.,

              Plaintiffs,

  -against-

PRAGER METIS CPAS LLC, et al.,

              Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **September 22, 2025 at 3:30 PM**. The parties should be prepared to discuss the discovery disputes raised in the parties' joint status letter. (*See* ECF 99.) Counsel for Plaintiffs and counsel for Defendants are directed to call my chambers at the scheduled time by dialing **(646) 453-4442, Access Code: 270 598 376 #**.

DATED:    September 12, 2025
                 New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge