UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT R GAGLIARDI, et al.,

                Plaintiffs,

    -against-

PRAGER METIS CPAS LLC, et al.,

               Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the telephonic discovery conference on September 22, 2025, Defendants shall have until **October 10, 2025** to submit a letter in support of the discovery they are seeking (responses to certain interrogatories that Plaintiff contends implicate the spousal privilege and documents on a law suit to which Plaintiff is not a party); Plaintiff shall have until **October 24, 2025** to file her opposition.

DATED:    September 22, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge