UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSITA GAGLIARDI,

                Plaintiff,

  -against-

PRAGER METIS CPAS LLC, et al.,

              Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Under the Court's case management order dated May 5, 2025, the parties were expected to file a joint certification on November 21, 2025 that discovery would be complete by November 28, 2025. (*See* ECF 91 ¶¶ 5, 13.) They have not done so. Their time to make the required joint filing is extended nunc pro tunc until **November 26, 2025**. The filing should include an assessment of whether it would be productive at this time for the Court to facilitate settlement talks, either through Court-annexed mediation or a settlement conference.

DATED:    November 24, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge