UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSITA GAGLIARDI,

                    Plaintiff,

          -against-

PRAGER METIS CPAS LLC, et al.,

                    Defendants.

---

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall file joint status updates on the docket on the first and fifteenth of every month (or the first business day thereafter), beginning on **December 15, 2025**, and continuing until the parties' certification that discovery is complete on or before **March 13, 2026.** I do not anticipate further extensions of the discovery deadlines absent very good cause shown. Within one week of the conclusion of all discovery, the parties shall participate in a mediation, either privately or through the Court-annexed mediation program; the parties shall inform the Court no later than in their joint status update of **February 2, 2026** whether they wish a referral to Court-annexed mediation or will be mediating privately; and the parties shall submit a joint letter on the docket within one week of their mediation confirming their good-faith participation. Any motions for summary judgment and motions to exclude expert testimony shall be due by **May 15, 2026**; oppositions, if any, shall be due by **June 15, 2026,** and replies in further support shall be due by **July 2, 2026.** If no motions for summary judgment or to exclude expert testimony are filed, the parties shall file their proposed joint pre-trial order in conformity with Judge Clarke's individual practices by **June 1, 2026**; if any motions for summary

judgment and/or exclusion of expert testimony are filed, the parties shall file their proposed

joint pre-trial order within **14 days** of a decision leaving any claims remaining in this case.

The Clerk of Court is respectfully requested to terminate **ECF 107**.

DATED:     November 26, 2025
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge