

**Christopher F. Lyon** | Partner
Direct: 646.516.4116 | clyon@cohenvaughan.com

February 2, 2026

**Via CM/ECF**

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 9B
New York, New York 10007

Application GRANTED. The parties' deadline to submit the joint letter is extended until **February 4, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 113.

Dated: February 3, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**Re:**    Gagliardi, et al. v. Prager Metis CPAS LLC, et al.
Case No. 1:23-cv-07454 (JGLC)

Dear Judge Tarnovsky

The undersigned represents the Defendants in the above-referenced matter. The parties' joint letter status report was due to Your Honor by today according to the November 26, 2025 Order (Dkt. 108).

I called Plaintiffs' offices to speak with Mr. DiRuzzo, but was unable to reach him and his office forwarded me to his voicemail, but it did not permit me to leave a message. I respectfully request that the Court extend the parties' time to submit the joint letter to February 4, 2026 as the undersigned anticipates being in court tomorrow morning and then in a deposition all afternoon.

Thank you for your attention to this matter.

Respectfully submitted,

COHEN VAUGHAN LLP

By: _____
Christopher F. Lyon, Esq.
*Attorneys for Defendants*

CFL/

**Cohen Vaughan is a partnership between Cohen Cunningham DeRose Higgins Lyon and Vaughan McLean Deasey Valentini**

**Office Location:**
825 3rd Avenue, 21st Floor
New York, NY 10022

**Office Phone:** 646-516-4043

Pennsylvania • New York • Florida • New Jersey • Delaware • Maryland • Connecticut