UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSITA GAGLIARDI,

                    Plaintiff,

          -against-

PRAGER METIS CPAS LLC, et al.,

                    Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 3, 2026, I extended the parties' deadline to file a joint status update to February 4, 2026. (*See* ECF 114, Order.) To date, the parties have not filed a joint status update.

I am sua sponte extending the parties' deadline to file a joint status update nunc pro tunc to **February 9, 2026.**

DATED:     February 6, 2026
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge