UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSITA GAGLIARDI,

          Plaintiff,

   -against-

PRAGER METIS CPAS LLC, et al.,

          Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 10, 2026, I granted the parties' request for an extension of time to complete discovery and ordered the parties to continue providing updates on the status of discovery twice per month, on the first and the fifteenth, or the first business day thereafter. (ECF 117). The parties have not filed their joint status update that was due March 16, 2026.

I am sua sponte extending the parties' deadline to file a joint status update nunc pro tunc to March 20, 2026.

DATED:    March 19, 2026
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge