

**Christopher F. Lyon** | Partner
Direct: 646.516.4116 | clyon@cohenvaughan.com

March 20, 2026

**Via CM/ECF**

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 9B
New York, New York 10007

> **Re:** Gagliardi, et al. v. Prager Metis CPAS LLC, et al.
> Case No. 1:23-cv-07454 (JGLC)

Dear Judge Tarnovsky

    The undersigned represent the parties in the above captioned matter. Please accept this joint letter as the parties' status report in accordance with the November 26, 2025 Order (Dkt. 108). The parties thank the Court for extending their time to submit this update.

    This week, the parties conducted the pre-mediation call with mediator Siffert. While the parties attempted to coordinate dates that would work for March 31 and April 1, unfortunately the parties' calendars could not align to make those dates feasible. Additionally, as my clients are heavily involved in the tax industry, they anticipate being inundated in their respective capacities through April 15. We will schedule the deposition on a mutually agreeable date as soon after April 15 as practicable.

    Defendants have requested that Robert Gagliardi and Rosita Gagliardi be made available for deposition next week on March 23, 26, or 27, 2026. Plaintiff's counsel has indicated they could be made available on March 25 and March 26, 2026. Based on this, we are reserving March 26 for Plaintiff's deposition and respectfully request an extension to commence the deposition of Robert Gagliardi to April 17. Defendants' counsel has a preliminary injunction hearing on April 10 in the U.S. District Court for the Northern District of Illinois, and expedited discovery related thereto, which has snarled Defendants' counsel's schedule.

    As mentioned in the previous update, non-party Rick Gordon is also involved in the tax industry and is thus largely unavailable until April 15. We respectfully request an extension to complete Mr. Gordon's deposition until April 30, 2026.

**Cohen Vaughan is a partnership between Cohen Cunningham DeRose Higgins Lyon and Vaughan McLean Deasey Valentini**

**Office Location:**
825 3rd Avenue, 21st Floor
New York, NY 10022

**Office Phone:** 646-516-4043

Pennsylvania • New York • Florida • New Jersey • Delaware • Maryland • Connecticut

We understand that the Court desires to avoid delay on completion of discovery. The parties are going into mediation in good faith and resolution is not a far-fetched proposition. In the balance of avoiding delay while seeking efficiencies to avoid unnecessary costs, the parties respectfully request the Court consider staying discovery pending mediation, which the parties will schedule promptly in coordination with Mr. Siffert.

Thank you for your attention to this matter.

Respectfully submitted,

COHEN VAUGHAN LLP

By: _____
Christopher F. Lyon, Esq.
*Attorneys for Defendants*

MARGULIS GELFAND DIRUZZO & LAMBSON, LLC

By: _____
*/s/Joseph A. DiRuzzo* by Cohen Vaughan
Joseph A. DiRuzzo, III, Esq., CPA, LLM
*Attorneys for Plaintiff*

CFL/

Application GRANTED. The deadline to commence the deposition of Mr. Robert Gagliardi is extended until **April 17, 2026**. The deadline to complete the deposition of Mr. Rick Gordon is extended until **April 30, 2026**. The Clerk of Court is respectfully requested to terminate ECF 122.

Dated: March 23, 2026
New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

