UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSITA GAGLIARDI,

                Plaintiff,

        -against-

PRAGER METIS CPAS LLC, et al.,

                Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 10, 2026, I granted the parties' request for an extension of time to complete discovery and ordered (a) the parties to continue providing updates on the status of discovery twice per month, on the first and the fifteenth, or the first business day thereafter, and (b) Plaintiff to report to the Court on the status of Mr. Ketcham's probate proceedings on, among other dates, April 27, 2026. (ECF 117). The parties have not filed their joint status updates for either April 15, 2026 or May 1, 2026, and Plaintiff has not filed their update on Mr. Ketcham's probate proceedings.

Accordingly I am nunc pro tunc extending the parties' deadline to file a joint status update to **May 6, 2026** and Plaintiff's deadline to file their update on Mr. Ketcham's probate proceedings to **May 6, 2026**.

DATED:     May 5, 2026
           New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge