Christopher F. Lyon | Partner
clyon@cohencunningham.com
Mobile: 210.602.7340

May 7, 2026

**Via CM/ECF**

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 9B
New York, New York 10007

     **Re:**  Gagliardi, et al. v. Prager Metis CPAS LLC, et al.
        Case No. 1:23-cv-07454 (JGLC)

Dear Judge Tarnovsky

  The undersigned represent the parties in the above captioned matter.  Please accept this joint letter as the parties' status report in accordance with the November 26, 2025 Order (Dkt. 108).  Additionally, please accept this correspondence as the parties' joint application for a stay of discovery pending mediation.

  The parties continued Robert Gagliardi's deposition on April 23, 2026, but the deposition is not yet completed and the parties intend to continue on a third day to be scheduled.  With regard to the non-party deposition of Richard Gordon, Defendants' counsel is coordinating with Citrin Cooperman's general counsel's office on a new date, which we anticipate to be completed by the end of May.

  The parties have tentatively scheduled a deposition with mediator Siffert on May 26, 2026 as that is the earliest date that the necessary decision-makers were available. The parties would like to shift their focus from preparing for discovery to preparing for mediation, and respectfully request a stay of discovery pending the May 26, 2026 mediation to allow resources to be dedicated to that effort. The parties would be able to provide the court with an update on May 29, 2026 regarding the status of mediation and settlement and whether discovery should continue at that stage.



Christopher F. Lyon | Partner
clyon@cohencunningham.com
Mobile: 210.602.7340

We thank the Court for its attention to this matter.

Respectfully submitted,

COHEN CUNNINGHAM
DEROSE HIGGINS LYON LLP

By: _____
Christopher F. Lyon, Esq.
*Attorneys for Defendants*

MARGULIS GELFAND DIRUZZO &
LAMBSON, LLC

By: _____
*/s/Joseph A. DiRuzzo* by Cohen Vaughan
Joseph A. DiRuzzo, III, Esq., CPA, LLM
*Attorneys for Plaintiff*

CFL/

Application GRANTED. Discovery is stayed pending the resolution of the parties' mediation. The parties shall file onto the docket a joint letter to the Court regarding the status of mediation and settlement and whether the stay on discovery should be lifted by **May 29, 2026.** The parties are discharged of their obligation to file a joint status update on the status of discovery by May 15, 2026.

The Clerk of Court is respectfully requested to terminate ECF 127.

Dated: May 7, 2026
New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE