UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSITA GAGLIARDI,

              Plaintiff,

    -against-

PRAGER METIS CPAS LLC, et al.,

              Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 7, 2026, I granted the parties' joint application to stay discovery pending the resolution of the parties' mediation and ordered the parties to file a joint letter on the docket by May 29, 2026, updating the Court on the status of mediation and settlement and whether the stay on discovery should be lifted. (ECF 128.)

Accordingly I am nunc pro tunc extending the parties' deadline to file its joint letter in accordance with my May 7, 2026 order until **June 3, 2026**.

DATED:    June 2, 2026
             New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge