UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSITA GAGLIARDI,

                    Plaintiff,

        -against-

PRAGER METIS CPAS LLC, et al.,

                    Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 4, 2026, I granted the parties' joint application for an extension of their deadline to file on the docket a joint update letter on the status of mediation to June 15, 2026. (ECF 131.) The parties have not complied. Accordingly I am nunc pro tunc extending the parties' deadline to file their joint update letter until **June 17, 2026**.

DATED:    June 16, 2026
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge