UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSITA GAGLIARDI,

               Plaintiff,

    -against-

PRAGER METIS CPAS LLC, et al.,

               Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I am in receipt of the parties' joint status update informing the court that mediation was unsuccessful. (ECF 144.) As such, the stay on discovery ordered on May 7, 2026 (ECF 128) is lifted. The deadline to complete all discovery is extended until **July 24, 2026**. The parties are expected to continue to file joint status updates regarding the status of discovery on the first and fifteenth or first business day thereafter of every month.

The deadline to file any motions for summary judgment is extended until **September 22, 2026**. The deadline to file oppositions to any motions for summary judgment is extended until **October 22, 2026**. The deadline to file replies, if any, in further support of motions for summary judgment is extended until **November 6, 2026**.

If the parties do not file any motions for summary judgment, they shall file their proposed joint pre-trial order in conformity with Judge Clarke's individual practices by **October 12, 2026**; if any motions for summary judgment are filed, the parties shall file their proposed joint pre-trial order within **14 days** of a decision leaving any claims remaining in this case.

The parties' joint status update also states that they "remain open to a negotiated resolution, and would like to know if Your Honor has any recommendations with regard to same." (ECF 144 at 1.) I construe this as a request for a settlement conference, and that settlement conference will be scheduled under a separate order.

DATED:    June 17, 2026         SO ORDERED.
          New York, NY

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge