UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSITA GAGLIARDI,

Plaintiff,

-against-

PRAGER METIS CPAS LLC, et al.,

Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on July 17, 2026:

1. The deadline for completing fact discovery is extended until **August 23, 2026**. I do not anticipate further extensions absent good cause shown, and then only with respect to discovery predicated on review of Mr. Ketcham's files. While I am sympathetic to the difficult circumstances facing the executor of Mr. Ketcham's estate, Plaintiff is reminded that continued inability to obtain files from Mr. Ketcham's estate could lead to a recommendation that Plaintiff is precluded from making certain arguments that could only be tested by Defendant if they have access to Mr. Ketcham's files.
2. By **July 20, 2026**, the parties shall email my chambers to let me know their availability on August 6 and 7, 2026 for a rescheduled settlement conference.
3. Plaintiff may depose Mr. Fox on non-privileged factual topics.

DATED: July 17, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge