UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSITA GAGLIARDI,

Plaintiff,

-against-

PRAGER METIS CPAS LLC, et al.,

Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 17, 2026, I extended the deadline to complete all discovery until July 24, 2026 and ordered the parties to continue to file joint status updates regarding the status of discovery on the first and fifteenth or first business day thereafter of each month. (ECF 135.) On July 17, 2026 I extended the deadline to complete all discovery until August 23, 2026 (ECF 141), which meant that the parties were required to file a joint status update on the status of discovery by August 17, 2026. The parties have not done so.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update regarding the status of discovery until **August 19, 2026**.

DATED: August 18, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**