UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSITA GAGLIARDI,

Plaintiff,

-against-

PRAGER METIS CPAS LLC, et al.,

Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

While the Court appreciates the parties' recent progress and also understands that counsel are entitled to summer vacations, discovery in this matter is taking an inordinate amount of time and needs to wrap up. The deadline for completing discovery is extended until **September 22, 2026**, solely for the purposes of completing production from the estate, completing the deposition of Mr. Gagliardi, completing the 30(b)(6) deposition of the corporate defendant, and taking the deposition of Johnathan Gold. I do not anticipate granting any further extensions absent extraordinary circumstances.

The deadline to file any motions for summary judgment or motions to exclude expert testimony is extended until **November 2, 2026**. The deadline to file oppositions to any motions for summary judgment or motions to exclude expert testimony is extended until **December 7, 2026**. The deadline to file replies, if any, in further support of any motions for summary judgment or motions to exclude expert testimony is extended until **December 21, 2026**.

If no motions for summary judgment or to exclude expert testimony are filed, the parties shall file their proposed joint pre-trial order in conformity with Judge Clarke's individual practices by **November 16, 2026**. If any motions for summary judgment and/or to exclude

expert testimony are filed, the parties shall file their proposed joint pre-trial order within 14 days of a decision leaving any claims remaining in this case.

The parties are reminded of their continuing obligation to file monthly joint status updates on the progress of discovery. Their next joint status update shall be filed on **September 15, 2026**.

DATED: August 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**