UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSITA GAGLIARDI,

Plaintiff,

-against-

PRAGER METIS CPAS LLC, et al.,

Defendants.

23-CV-7454 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is a motion to extend the discovery deadline. (ECF 148.) The deadline for completing fact discovery is extended until **October 30, 2026**, solely for the purpose of completing the deposition of Mr. Gaglilardi, with his continued deposition not to exceed two hours on the record, exclusive of breaks.

The Clerk of Court is respectfully requested to terminate ECF 148.

DATED: September 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**